IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| NCR CORPORATION, | : | CASE NO. C-3-04-0097 |
| Plaintiff, | : | (Judge Thomas M. Rose) |
| v. | : | |
| FUSIONONE, INCORPORATED, | : | **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | : | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff NCR Corporation dismisses the above-captioned action with prejudice.

Respectfully submitted,

Harold J. McElhinny
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
HMcElhinny@mofo.com

Emily A. Evans
Paul F. Coyne
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
EEvans@mofo.com
PCoyne@mofo.com

s/ Thomas R. Kraemer by Julie E. Zink
Thomas R. Kraemer (0060120)
  Trial Attorney
Julie E. Zink (0071699)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402
Telephone: (937) 227-3725
Telecopier: (937) 227-3717
E-Mail: tkraemer@ficlaw.com

Attorneys for Plaintiff NCR Corporation

## CERTIFICATE OF SERVICE

I certify that on September 1, 2004, I electronically filed the foregoing Plaintiff's Notice of Dismissal With Prejudice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>James M. Hill
>James M. Hill Co., L.P.A.
>2371 Lakeview Drive
>Beavercreek, OH 45431-3696

and I certify that I have mailed the document via U.S. Mail, postage prepaid, to the following non CM/ECF participants:

>Paul F. Coyne
>Morrison Foerster LLP
>755 Page Mill Road
>Palo Alto, CA 94304-1018

>Jeremy M. Duggan
>Mount & Stoelker
>Riverpark Tower
>333 West San Carlos
>Suite 1650
>San Jose, CA 95110-2711

>Ron C. Finley
>Mount & Stoelker
>Riverpark Tower
>333 West San Carlos
>Suite 1650
>San Jose, CA 95110-2711

>s/ Julie E. Zink
>Julie E. Zink

141465.1